JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN BELTRAN,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 12-09529 DSF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed for the reasons set forth in the Court's related Order.

Dated: June 10, 2013

                                                DALE S. FISCHER<br>
                                  UNITED STATES DISTRICT JUDGE