*[Entered and Filed stamps: JUN 11 2013, Central District of California]*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN BELTRAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 12-09529 DSF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed for the reasons set forth in the Court's related Order.

Dated: June 10, 2013

　　　　　　　　　　　　　　　　　　　*/s/ Dale S. Fischer*
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE